## ANN P. DIAMOND *v.* YALE UNIVERSITY

The plaintiff's petition for certification for appeal from the Appellate Court, 66 Conn. App. 764 (AC 19602), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John R. Williams*, in support of the petition.

*Patrick M. Noonan*, in opposition.

Decided January 3, 2002

## STATE OF CONNECTICUT *v.* GARY HALL

The defendant's petition for certification for appeal from the Appellate Court, 66 Conn. App. 740 (AC 20174), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 3, 2002